SAN DIEGO COASTKEEPER
PATRICK MCDONOUGH (SBN 288285)
COURTNEY BROWN (SBN 360257)
8305 Vickers Street, Suite 209
San Diego, CA 92111
Ph: (760) 525-6838
Email: patrick@sdcoastkeeper.org

COAST LAW GROUP, LLP
MARCO A. GONZALEZ (SBN 190832)
LIVIA BORAK BEAUDIN (SBN 259434)
NATALIE CLAGETT (SBN 351072)
1140 South Coast Highway 101
Encinitas, CA 92024
Ph: (760) 942-8505
Email: marco@coastlaw.com

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COASTKEEPER, a non-profit corporation; COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>SEAWORLD PARKS & ENTERTAINMENT, INC., a Delaware Stock Corporation; SEA WORLD LLC, a Delaware Limited Liability Company,<br><br>        Defendants. | Civil Case No. **'25CV0532 CAB AHG**<br><br>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND CIVIL PENALTIES**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*)** |

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND CIVIL PENALTIES

Coastal Environmental Rights Foundation, ("CERF") and San Diego Coastkeeper ("Coastkeeper") (collectively "Plaintiffs"), by and through their counsel, hereby allege:

## I. <u>JURISDICTION AND VENUE</u>

1.     This is a civil suit brought under the citizen suit enforcement provision of the Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 *et seq.* ("Clean Water Act" or "CWA"). *See* 33 U.S.C. § 1365. This Court has subject matter jurisdiction over the parties and this action pursuant to 33 U.S.C. § 1365(a)(1) and 28 U.S.C. §§ 1331 and 2201.

2.     On November 27, 2024, Plaintiffs issued a 60-day notice letter ("Notice Letter") to Defendant SeaWorld Parks & Entertainment, Inc. and Defendant Sea World LLC (collectively called "SeaWorld" or "Defendants") regarding their violations of the Clean Water Act and Order R9-2022-0002 General National Pollutant Discharge Elimination System ("NPDES") Permit for Residual Firework Pollutant Discharges to "Waters of the United States" ("WOTUS") in the San Diego Region from the Public Display of Fireworks ("2022 Fireworks Permit"), and the predecessor to the 2022 Permit, Order No. R9-2011-0022, NPDES Permit for Residual Firework Pollutant Discharges to WOTUS in the San Diego Region from the Public Display of Fireworks ("2011 Fireworks Permit," collectively the "Fireworks Permit").

3.     The Notice Letter also provided notice of SeaWorld's violations of Order No. R9-2018-0004, NPDES Permit and Waste Discharge Requirements for SeaWorld LLC DBA SeaWorld San Diego Discharge to Mission Bay, San Diego County ("Waste Discharge Permit") for the SeaWorld San Diego facility at 500 SeaWorld Drive, San Diego, CA 92109 ("SeaWorld Facility"). True and correct copies of the Notice Letter and all enclosures are attached hereto as Exhibit 1 and incorporated herein.

4.     Plaintiffs also sent the Notice Letter to the registered agent for Defendants, the Administrator of the United States Environmental Protection Agency ("EPA"), the Administrator of EPA Region IX, the Executive Director of the California State Water Resources Control Board ("State Board"), and the Executive Officer of the San Diego

Regional Water Quality Control Board ("Regional Board") as required by 40 C.F.R. § 135.2(a)(1) and 33 U.S.C. § 1365(b)(1)(A).

5.    More than sixty (60) days have passed since the Notice Letter was served on Defendants and the State and Federal agencies. Neither the EPA nor the State of California has commenced or is diligently prosecuting an action to redress the violations alleged in the Notice Letter and in this Complaint. *See* 33 U.S.C. § 1365(b)(1)(B). This action is not barred by any prior administrative penalty under Section 309(g) of the CWA. 33 U.S.C. § 1319(g).

6.    Venue is proper in the Southern District of California pursuant to 33 U.S.C. § 1365(c)(1) because the source of the violations is located within this judicial district.

## II.    INTRODUCTION

7.    The SeaWorld Facility is an aquatic amusement park that houses various marine animals in exhibit pools and aquaria, located within Mission Bay Park at 500 Sea World Drive, San Diego, CA 92109. In addition to its aquatic exhibit attractions, SeaWorld offers evening entertainment, including fireworks displays over Mission Bay.

8.    For up to 150 nights a year, SeaWorld's fireworks displays discharge waste and contaminants into Mission Bay, which empties into the Pacific Ocean (collectively the "Receiving Waters").

9.    Typical chemical constituents within fireworks include aluminum, antimony, barium, carbon, calcium, chlorine, cesium, copper, iron, potassium, lithium, magnesium, oxidizers including nitrates, chlorates and perchlorates, phosphorus, sodium, sulfur, strontium, titanium, magnesium, and zinc. 2022 Fireworks Permit, §§ 1, 3.2; Attachment F § 1.1.

10.    SeaWorld's sediment quality monitoring data indicates "an accumulation of pollutants over time within the fireworks fallout area when compared to the reference sites." *Id.*, Attachment F § 1.3.5.2.

11.    These pollutants are known to have adverse impacts on surrounding coastal ecosystems, as well as the potential to cause exceedances of applicable water and

sediment quality objectives. For instance, barium and strontium, used in fireworks for their vibrant colors, can be toxic to fish and invertebrates. The contaminants cause population decline and alter community dynamics. US EPA Ecological Toxicity Information, https://archive.epa.gov/reg5sfun/ecology/web/html/toxprofiles.html#ba.

12.    The debris left behind from fireworks—comprised of plastic shell casings, cardboard, and other materials—adds to the pollution burden. As stated in the 2022 Fireworks Permit, "combustion residue is produced in the form of smoke, airborne particulates, chemical pollutants, and debris including paper, cardboard, wires, and fuses." 2022 Fireworks Permit, §§ 1, 3.2.

13.    These remnants can cause nuisance conditions, entangle marine life, and the non-biodegradable components can persist in the environment for years. The long-lasting effects of this pollution threaten recreational opportunities and coastal ecosystems in Mission Bay, underscoring the need for more sustainable alternatives.

14.    Plaintiffs' members have found paper, plastic, and metal fireworks debris in the water surrounding SeaWorld's fireworks barge and on the shoreline of Fiesta Island on numerous occasions.

15.    In October 2024, Plaintiffs' members documented extensive lengthy exposed wires, foil, spent fireworks components, and other fireworks debris within the sensitive seagrass under the SeaWorld fireworks barge.

16.    On information and belief, this submerged debris has been present and accumulating in the SeaWorld fallout zone for years.

17.    On information and belief, SeaWorld has failed to properly secure its fireworks wires and other components for years, resulting in their frequent discharge into Mission Bay.

18.    On information and belief, SeaWorld has failed to properly conduct fireworks debris cleanup efforts at the SeaWorld Facility, under the launch barge, on the barge itself, and along the shoreline as required by the Fireworks Permit.

19.    SeaWorld also holds a Waste Discharge Permit, which regulates its storm

water and aquarium waste discharges.

20.    Wastewater from SeaWorld has the potential to contain a variety of pollutants attributable to feeds, (directly or indirectly through feces), residuals of drugs used for animal health, and tank cleaning chemicals.

21.    Such pollutants result in discharges of (1) solids and nutrients, (2) toxics, and (3) pathogens and bacteria to the Receiving Waters, and contribute to antibiotic resistance.

22.    In addition, storm water discharged from SeaWorld has the potential to contain pollutants, including pesticides used for landscape maintenance.

23.    SeaWorld's effluent regularly exceeds Waste Discharge Permit effluent limitations, compounding any existing water quality issues in the Receiving Waters.

24.    Specifically, SeaWorld has routinely exceeded its effluent limitations since January 2020 for total coliform, total suspended solids ("TSS"), copper, and enterococci.

25.    These exceedances pose serious threats to public health and the surrounding ecosystems.

26.    For instance, copper is a toxic pollutant in aquatic environments under the California Toxics Rule ("CTR").

27.    SeaWorld's discharges of total coliform and enterococci have exceeded the public health thresholds for safe shellfish harvesting and recreation.

28.    Additionally, TSS can clog aquatic animal's gills, block sunlight from reaching plants, damage shellfish, and is deleterious to benthic organisms.

29.    Plaintiffs seek relief for Defendants' substantive and procedural violations of the Clean Water Act resulting from SeaWorld's failure to comply with the Fireworks Permit and the Waste Discharge Permit.

### III.    **PARTIES**

30.    Defendant SeaWorld Parks & Entertainment, Inc. is the manager or member of Defendant Sea World LLC.

31.    SeaWorld Parks & Entertainment, Inc. is listed as the Owner and Operator

of the SeaWorld Facility in the California Integrated Water Quality System ("CIWQS"). SeaWorld Parks & Entertainment, Inc. and Sea World LLC are listed as Owners of the SeaWorld Fireworks Event Location in CIWQS.

32.    Plaintiff Coastkeeper is a non-profit public benefit corporation organized under the laws of the State of California with its main office in San Diego, California. Coastkeeper is committed to protecting and restoring the San Diego region's water quality and supply. A member of the international Waterkeeper Alliance, San Diego Coastkeeper's main purpose is to preserve, enhance, and protect San Diego's inland waters and watersheds, marine sanctuaries, coastal estuaries, wetlands, and bays.

33.    Plaintiff CERF is a non-profit public benefit corporation organized under the laws of the State of California with its office located in Encinitas, California. CERF was founded by surfers in North San Diego County and is active throughout California's coastal communities. CERF was established to advocate for the protection and enhancement of coastal natural resources and the quality of life for coastal residents. One of CERF's primary areas of advocacy is water quality protection and enhancement.

34.    Many of Plaintiffs' members live, work, and/or recreate in and around the Receiving Waters. Plaintiffs' members use and enjoy the Receiving Waters to fish, sail, boat, kayak, paddleboard, surf, swim, hike, view wildlife and scenery, and engage in scientific studies, among other activities.

35.    Plaintiffs are persons as defined by the Clean Water Act and thus able to pursue citizen enforcement.

36.    Defendants' failure to comply with the procedural and substantive requirements of the CWA results in discharges of pollutants into the Receiving Waters. Defendants' pollutant discharges degrade water quality and harm aquatic life in the Receiving Waters and thus impair Plaintiffs' members' use and enjoyment of those waters.

37.    CERF's and Coastkeeper's members donate their time and resources to protect, enhance, and assist in the preservation of coastal and inland water bodies.

38.    The relief sought herein will redress the harms to Plaintiffs' members caused

by Defendant's activities. Continuing commission of the acts and omissions alleged herein will irreparably harm Plaintiffs' members, for which it has no other plain, speedy, or adequate remedy at law.

39.    An actual controversy exists as to the rights and other legal relations between Defendants and Plaintiffs.

## IV.    FACTUAL BACKGROUND

### A.    SeaWorld's Facilities and Fireworks Shows.

40.    Defendant SeaWorld Parks & Entertainment, Inc. is listed as an Owner and Operator of the SeaWorld Facility in CIWQS. On information and belief, Defendant SeaWorld Parks & Entertainment, Inc., exercises control over the SeaWorld Facility's point sources, including the treatment tanks, discharge infrastructure, and monitoring and reporting requirements.

41.    Defendant Sea World LLC is also listed as an Owner and Operator of the SeaWorld Facility in CIWQS and as the discharger on the latest iteration of the Waste Discharge Permit. On information and belief, Defendant Sea World LLC exercises control over the SeaWorld Facility's point sources, including the treatment tanks, discharge infrastructure, and monitoring and reporting requirements.

42.    Defendant SeaWorld Parks & Entertainment, Inc. and Defendant Sea World LLC are both listed as Owners of the SeaWorld – Fireworks Event Location in CIWQS.

43.    On information and belief, both Defendants exert control over the fireworks point source discharges and the waste outfall point sources.

44.    The entities thus share liability under the CWA for the below-listed violations as either the owner and/or operator of the discharge locations.

45.    SeaWorld has been enrolled under the 2022 Fireworks Permit since May 2, 2023. SeaWorld was enrolled under the 2011 Fireworks Permit from June 1, 2011 to May 2, 2023.

46.    Under the current SeaWorld Master Plan, the SeaWorld Facility can operate up to 150 fireworks shows per year, divided between 6-minute shows (up to 129 per

year), 12-minute shows (up to 15 per year) and 20-minute shows (up to 6 per year). SeaWorld Master Plan Update (July 2002) § II.E.

47.    Typical performances start around 9:50 PM, near the closing of the park, and use approximately 250 shells per show for the shortest shows and up to 1750 shells per show for the longest.

48.    Fireworks are most often launched from a barge anchored in Mission Bay near the south end of Fiesta Island Pacific Passage. According to the Master Plan, major shows are launched from Fiesta Island, due to the increased number of shells used.

49.    SeaWorld discharges storm water and treated aquarium wastewater, which is regulated under its Waste Discharge Permit.

50.    SeaWorld pumps seawater from Mission Bay through two intake structures, an East and West intake, for use in its mammal pools, aquariums, and other exhibits. Waste Discharge Permit, Attachment F § II.A.

51.    The intake streams are separate, and each contains its own treatment system and outfall.

52.    Seawater pumped from Mission Bay is filtered and treated with disinfectants such as chlorine, ozone, or ultraviolet (UV) light to produce suitable habitats in various mammal exhibits and fishtanks. *Id*.

53.    Wastewater from the salt water aquarium chemical treatments is discharged to Mission Bay, while wastewater from the fresh water aquarium chemical treatments is discharged to the City of San Diego's sanitary sewer system.

54.    According to the Waste Discharge Permit, SeaWorld's wastewater discharge into Mission Bay contains various pollutants associated with aquarium and animal maintenance. *Id*.

55.    For instance, SeaWorld periodically uses copper sulfate mixed with acetic acid to control parasite infestations in seven aquariums.

56.    Other drugs and chemicals used in a bath treatment include Cipro (ciprofloxacin) and Dylox (Trichlorfon).

57.    Dylox is an organophosphate pesticide that is used to control parasites in aquariums, and Cipro is an antibacterial drug that is used at the SeaWorld Facility as needed for ill animals.

58.    SeaWorld has routinely exceeded its effluent limitations since January 2020 for total coliform, total suspended solids ("TSS"), copper, and enterococci. Ex. 1, SeaWorld's Waste Discharge Monitoring Data Exceedances.

**B.    The Receiving Waters.**

59.    SeaWorld's discharges enter Mission Bay, the largest aquatic park (4,235 acres) in the United States, which empties into the Pacific Ocean.

60.    Mission Bay is one of San Diego's most popular marine recreation areas, attracting an estimated 15 million visitors each year who come to recreate in the Bay and surrounding parks.

61.    Mission Bay was constructed from approximately 4,000 acres of marshland that was historically the outlet for the San Diego River. Today, there are only 40 acres of wetlands remaining in Mission Bay.

62.    Wetlands such as those in Mission Bay serve as natural filtration systems, carbon sinks, vital breeding grounds for both terrestrial and aquatic migratory species, and habitats for a diverse array of other species.

63.    The Bay hosts a rich diversity of wildlife, including hundreds of bird species, and an estimated 100 native plant species.

64.    Mission Bay is a breeding ground for endangered species such as the California Least Tern ("CLTE"), underscoring its significance in preserving biodiversity and the delicate balance of nature.

65.    In addition to the four protected nesting sites for CLTEs (Mariner's Cove, FAA Island, Stony Point, and North Fiesta Island), West Ski Island is now an established seabird breeding colony for larids in Mission Bay since 2020.

66.    The San Diego Water Quality Control Plan ("Basin Plan") identifies the Beneficial Uses of water bodies in the region. The Beneficial Uses for Mission Bay

Include Industrial Service Supply; Contact Water Recreation; Non-Contact Water Recreation; Commercial and Sport Fishing; Estuarine Habitat; Wildlife Habitat; Preservation of Rare, Threatened or Endangered Species; Marine Habitat; Migration of Aquatic Organisms; Spawning, Reproduction, and/or Early Development; and Shellfish Harvesting. Basin Plan Table 2-3. The Beneficial Uses for the Pacific Ocean include Industrial Service Supply; Navigation; Contact Water Recreation; Non-contact Water Recreation; Commercial and Sports Fishing; Preservation of Biological Habitats of Special Significance; Wildlife Habitat; Rare, Threatened, or Endangered Species; Marine Habitat; Aquaculture; Migration of Aquatic Organism; Spawning, Reproduction, and/or Early Development; and Shellfish Harvesting. Basin Plan Table 2-3.

67.     According to the current 303(d) List of Impaired Water Bodies, Mission Bay is impaired for Mercury and PCBs (Polychlorinated biphenyls). Additionally, the segment of Mission Bay near SeaWorld (Mission Bay at Quivira Basin) is impaired for copper. The Pacific Ocean Shoreline, Scripps HA, at Belmont Park, Mission Beach ("Pacific Ocean Shoreline") is impaired for trash. Coastkeeper Receiving Water monitoring data collected in Mission Bay also indicates that Mission Bay exceeds water quality objectives for copper, phosphorus, total coliform, and enterococcus. *See* Ex. 1.

## C.     Impacts to the Receiving Waters.

68.     Elevated pollutant levels and disturbances associated with SeaWorld's waste and fireworks discharge harm the special aesthetic and recreational significance of the Receiving Waters, adversely impacting the public's ability, as well as that of Coastkeeper's and CERF's members, to use and enjoy these unique waterbodies.

69.     Pollutants discharged from SeaWorld harm the health of the Receiving Waters, and thus the plant and animal life of the surrounding habitats.

70.     Damage to these natural habitats, and thus the flora and fauna within them, harms the ability of the public, including Coastkeeper's and CERF's members' ability, to use and enjoy these unique recreational and scientific/research opportunities.

71.     SeaWorld's discharges also negatively impact human health.

72.     Coastkeeper's and CERF's members are less likely to recreate in and around waters known to be polluted with harmful metals, excessive nutrients, trash, and other pollutants.

73.     The Fireworks Permit  recognizes that pollutants released during SeaWorld's fireworks shows adversely impact Mission Bay and requires continued water quality and sediment monitoring.

74.     This is due to a combination of specific factors, such as "(1) the restricted circulation of waters within Mission Bay, (2) the shallow depth of the bay in the vicinity of the fireworks events, and (3) the high frequency of repeat fireworks events throughout the year at the same location." 2022 Fireworks Permit, Attachment F § 1.3.5.1.

75.     As described in Section II, *supra*, fireworks contain an array of chemical constituents that are harmful to water quality.

76.     In addition to SeaWorld's own sediment monitoring data, Plaintiffs' sediment monitoring data near the fireworks barge further demonstrates a pattern of pollutant loading from fireworks discharges.

77.     On October 2, 2024, CERF and Coastkeeper collected sediment samples near SeaWorld's fireworks launch barge at 32°46'2.97"N, 117°13'8.99"W, and at a reference point at 32°46'46.07"N, 117°13'33.53"W.

78.     In particular, Plaintiffs' samples collected beneath the fireworks barge contained concentrations of aluminum, antimony, calcium, copper, potassium, strontium, magnesium, and titanium that were higher than those of the reference site sediment. Ex. 1, CERF and Coastkeeper's Sediment Sampling Results.

79.     For example, antimony and copper concentrations near the barge were 794 percent higher and 610 percent higher, respectively, as compared to the reference site.

80.     SeaWorld also routinely discharges debris from its fireworks shows into Mission Bay in the form of unexploded shells as well as paper, cardboard, wires, shattered plastic caps, and fuses from exploded shells, all of which can persist in the environment for years.

81.    Aerial explosions from fireworks release fine particulate matter (PM2.5) and gases like sulfur dioxide and nitrogen oxide.

82.    These pollutants are known to cause a wide range of adverse health effects in humans, including premature mortality, respiratory and cardiovascular diseases, adverse pregnancy outcomes, and neurological diseases.

83.    Airborne particulate matter is particularly dangerous because, when inhaled, it can enter the lungs and be transported to other tissues in the body. It also poses risks to wildlife, because as particles settle into the water, they can smother delicate ecosystems, reduce light penetration, and disrupt photosynthesis in vital habitats like seagrass beds.

84.    Another main chemical constituent in firework discharges is perchlorate, an oxidizing agent in rocket fuels, explosives, and some fertilizers.

85.    Perchlorate can severely interfere with iodide uptake into the thyroid gland in humans.

86.    When it contaminates water bodies, perchlorate can adversely affect fish development.

87.    As described in Section II, *supra*, SeaWorld's wastewater discharges have routinely exceeded allowable limits for TSS, copper, and indicator bacteria, which pose multiple threats to human health and the environment.

88.    In addition to the threats described in Section II, total coliform and enterococci are indicators of the presence of fecal material in water and, therefore, of the possible presence of disease-causing bacteria, viruses, and protozoa. As such, high levels of bacteria directly threaten human health, and can cause beach closures, swimming and boating bans, and closures of fishing and shell fishing areas.

## V.    LEGAL BACKGROUND

### A.    The Clean Water Act.

89.    The CWA requires point source discharges of pollutants to navigable waters be regulated by an NPDES permit. 33 U.S.C. § 1311(a); 40 C.F.R. § 122.26(c)(1).

90.    Section 301(a) of the Clean Water Act prohibits the discharge of any

pollutant into a WOTUS unless the discharge complies with the CWA. Among other things, Section 301(a) prohibits discharges not authorized by, or in violation of, the terms of an NPDES permit issued pursuant to Section 402 of the CWA.

91.    WOTUS are defined as "navigable waters" and "all waters which are currently used, were used in the past, or may be susceptible to use in interstate or foreign commerce, including waters which are subject to the ebb and flow of the tide." 33 U.S.C. § 1362(7); 40 C.F.R. § 122.2.

92.    The "discharge of a pollutant" means, among other things, "any addition of any pollutant to navigable waters from any point source." 33 U.S.C. § 1362(12).

93.    The EPA interprets WOTUS to include not only traditionally navigable waters, but also other waters, including waters tributary to navigable waters. *See* 40 C.F.R. § 122.2.

94.    Mission Bay is subject to the ebb and flow of the tide, and is directly connected to the Pacific Ocean, and is therefore a WOTUS.

95.    The CWA requires all point source dischargers, including those discharging polluted storm water, achieve technology-based effluent limitations by utilizing the Best Available Technology Economically Achievable ("BAT") for toxic and nonconventional pollutants and the Best Conventional Pollutant Control Technology ("BCT") for conventional pollutants. 33 U.S.C. § 1311(b); 40 C.F.R. §125.3(a)(2)(ii)–(iii).

96.    If granted a permit, the discharger must comply with all permit limitations and terms. Each and every violation of an NPDES permit is a violation of the CWA for which the permittee is liable, including liability for civil penalties. 40 C.F.R. § 122.41 (applicable to federally-issued NPDES permits); *id*. § 123.25(a)(12) (incorporating this standard into state-issued NPDES permits, such as the General Permit); Fireworks Permit, Attachment D § 1.1.1; Waste Discharge Permit, Attachment D § 1.1.1.

97.    Violations of provisions of the Fireworks Permit and Waste Discharge Permit, including those detailed below, constitute violations of the CWA and are subject to civil penalties. 33 U.S.C. §§ 1365(f), 1319(d); 40 C.F.R. §§ 19.1-19.4.

98.    An entity that exercises control over a point source is a responsible party under the CWA. *Puget Soundkeeper Alliance v. Total Terminals International, LLC* (W.D. Wash. 2019) 371 F.Supp.3d 857, 862 (collecting cases and noting: "Liability is not limited to the permit-holder" (or any other category of defendant)).

99.    CWA section 402(b), 33 U.S.C. § 1342(b), allows each state to administer its own EPA-approved permit program for discharges. In California, the State Board has approval from EPA to administer an NPDES permit program for the state. The CWA and its implementing regulations require any person who discharges or proposes to discharge pollutants into waters of the United States in California to submit an NPDES permit application to the State Board. 40 C.F.R. §§ 122.21(a), 122.26(a)(ii); 33 U.S.C. § 1342(p)(2)(B).

100.    The State Board and its nine Regional Boards issue individual and general NPDES permits regulating discharges from various categories of dischargers. As relevant here, the San Diego Regional Board adopted the 2011 Fireworks Permit, the 2022 Fireworks Permit, and the Waste Discharge Permit as detailed below.

101.    CWA section 505(a)(1) provides for citizen enforcement actions against any "person," including individuals, corporations, or partnerships, for violations of NPDES permit requirements and for unpermitted discharges of pollutants.. 33 U.S.C. § 1365(a)(1), (f)(6); 33 U.S.C. § 1362(5); *Russian River Watershed Prot. Comm. v. City of Santa Rosa,* 142 F.3d 1136, 1139 (9th Cir.1998).

102.    CWA section 505(a) authorizes a citizen suit action for injunctive relief. 33 U.S.C. § 1365(a). CWA violators are also subject to an assessment of civil penalties of up to $68,445 per day per violation for violations occurring after November 2, 2015 and assessed on or after January 8, 2025. 33 U.S.C. § 1319(d); 40 C.F.R. § 19.4 (EPA regulation adjusting the CWA's statutory civil penalties for inflation).

### B.    The California Thermal Plan, California Toxics Rule, San Diego Basin Plan, and California Water Code.

103.    The State Water Board adopted the Control of Temperature in the Coastal

and Interstate Waters and Enclosed Bays and Estuaries ("Thermal Plan") to set water quality standards for the temperature of discharges.

104.    The Thermal Plan mandates that for Mission Bay "the maximum temperature of waste discharges shall not exceed the natural temperature of the receiving waters by more than 20°F." Waste is defined as "[l]iquid, solid, or gaseous material. Thermal Plan, pg. 1, 4-5.

105.    The U.S. EPA promulgated a final rule prescribing water quality criteria for toxic pollutants in inland surface waters, enclosed bays, and estuaries in California on May 18, 2000, known as the CTR. 40 C.F.R. § 131.38.

106.    The CTR criteria govern numerous toxic pollutants such as copper, antimony, and zinc, which are commonly present in fireworks.

107.    The Basin Plan designates beneficial uses for water bodies in the San Diego region and establishes water quality objectives and implementation plans to protect those beneficial uses.

108.    The Basin Plan prohibits discharges of waste to receiving waters unless the discharge complies with water quality objectives. Basin Plan at 4-31.

109.    The Basin Plan incorporates the CTR criteria as applicable water quality objectives. "CTR criteria constitute applicable water quality criteria in California." Basin Plan at 3-34; *see also* 40 C.F.R. §131.38.

110.    The Basin Plan water quality objective relating to floating material is "waters shall not contain floating material, including solids. . . in concentrations which cause nuisance or adversely affect beneficial uses." Basin Plan at 3-19.

111.    Pursuant to the California Water Code Section 13050, "nuisance" means anything which meets all of the following requirements:

   (1) Is injurious to health, or is indecent or offensive to the senses, or an obstruction to the free use of property, so as to interfere with the comfortable enjoyment of life or property.

   (2)  Affects  at  the  same  time  an  entire  community  or  neighborhood,  or  any

considerable number of persons, although the extent of the annoyance or damage inflicted upon individuals may be unequal;

(3) Occurs during, or as a result of, the treatment or disposal of wastes.

112.    "Pollution" is defined by Water Code section 13050 as "an alteration of the quality of the waters of the state by waste to a degree which unreasonably affects . . . [t]he waters for beneficial uses."

113.    "Waste" is defined as "any and all other waste substances, liquid, solid, gaseous, or radioactive, associated with human habitation, or of human or animal origin, or from any producing, manufacturing, or processing operation, including waste placed within containers of whatever nature prior to, and for purposes of, disposal." Cal. Water Code § 13050.

114.    At the point of discharge, firework debris and residue become "waste" that is subject to regulation.

**C.    Fireworks Permit.**

115.    "Fireworks residue waste discharged into surface waters constitutes discharge of a pollutant from a point source within the meaning of the CWA. Therefore, coverage under an NPDES permit is required before residual pollutant discharges associated with the public display of fireworks can be lawfully discharged." 2022 Fireworks Permit, Attachment F § 1.1.

116.    Within the Regional Board's territory, any person who discharges fireworks for public shows over a WOTUS must enroll and comply with the terms of the Fireworks Permit. 2022 Fireworks Permit § 2; *see also,* 33 U.S.C. §§ 1311(a), 1342.

117.    On May 11, 2011, pursuant to Order No. R9-2011-0022, the Regional Board adopted the Fireworks Permit.

118.    On June 1, 2022, pursuant to Order R9-2022-0002, the reissued 2022 Fireworks Permit took effect.

119.    The 2022 Fireworks Permit includes terms that are as stringent or more stringent than the 2011 Fireworks Permit.

**1.  Fireworks Permit Discharge Prohibitions.**

120.  The Fireworks Permit contains certain absolute discharge prohibitions. 2022 Fireworks Permit § 4; 2011 Fireworks Permit § IV.

121.  "The discharge of residual firework pollutant waste to waters of the state in a manner causing, or threatening to cause a condition of pollution, contamination or nuisance as defined in Water Code section 13050 is prohibited." 2022 Fireworks Permit § 4.1; 2011 Fireworks Permit § IV.A.

122.  The discharge of residual firework pollutant discharges "shall not cause, have a reasonable potential to cause, or contribute to exceedances of any applicable criterion promulgated by USEPA pursuant to section 303 of the CWA, or water quality objective adopted by the State Water Board or [Regional Board]." 2022 Fireworks Permit § 4.2; 2011 Fireworks Permit § IV.B.

123.  Dischargers under the Fireworks Permit must comply with the discharge prohibitions within the Water Quality Control Plan for the San Diego Basin ("Basin Plan"). 2022 Fireworks Permit § 4.6; 2011 Fireworks Permit § IV.E.

124.  The Fireworks Permit prohibits the discharge of residual firework pollutants to a WOTUS unless a notice of intent for coverage ("NOI") has been submitted and the San Diego Water Board "has provided the Discharger with an NOA [Notice of Applicability]. . . . Discharge in a location or manner not prescribed in the issued NOA is prohibited." 2022 Fireworks Permit § 4.4; *see also* 2011 Fireworks Permit § IV.D.

125.  In addition, "[t]he Discharger must submit a request for an amended NOA when a fireworks event is proposed at new location." 2022 Fireworks Permit § 2.3.

126.  Discharges of residual firework pollutants in a manner, or to a location which have not been specifically regulated by WDRs of the Fireworks Permit are prohibited. 2022 Fireworks Permit § 4.7; 2011 Fireworks Permit § IV.F.

**2.  Fireworks Permit Discharge Specifications.**

127.  The Fireworks Permit contains discharge specifications that require permittees to reduce or prevent pollutants associated with fireworks through the

implementation of a Fireworks Best Management Practices Plan ("FBMPP"). 2022 Fireworks Permit § 5.2.1; 2011 Fireworks Permit § V.B.

128.    Compliance with the FMBPP is intended to control and abate the discharges to surface waters, protect water and sediment quality, and demonstrate compliance with the Fireworks Permit. 2022 Fireworks Permit § 8; 2011 Fireworks Permit § VIII.

129.    A failure to comply with the FBMPP is a failure to comply with the Discharge Specifications of the Fireworks Permit and to implement technology-based and water quality-based requirements of the CWA. 2022 Fireworks Permit § 5.2.1; Attachment F, § 4.2.3 ("The primary mechanism for regulating such discharges are through the development and implementation of a FBMPP, as required by section 5.2.1 of this Order. The [best management practices ("BMPs")] required herein constitute best available technology economically achievable and best conventional pollutant control technology"); *see also*, 2022 Fireworks Permit, §8.

130.    Pursuant to the 2022 Fireworks Permit, the FBMPP, at a minimum must:

[1] consider the use of alternative fireworks produced with new pyrotechnic formulas that replace perchlorate with other oxidizers and propellants that burn cleaner, produce less smoke, and reduce pollutant loading to surface waters;

[2] remove all plastic and aluminum labels and wrappings from aerial shells and special effect pyrotechnic devices prior to use and before they are launched or detonated;

[3] select fireworks that do not contain plastic outer casings or have non-biodegradable inner components that make up more than five percent of the mass of the shell/device;

[4] design the firing range and evaluate alternative firing ranges, to eliminate or reduce residual firework pollutant discharges to WOTUS;

[5] collect, remove, and manage particulate matter and debris from ignited and un-ignited pyrotechnic material including aerial shells, stars (small pellets of composition that produce color pyrotechnic effects), paper, cardboard, wires, and

fuses found during inspection of the entire firing range and adjacent affected surface water(s);

[6] If the fireworks are launched or ignited on barges or floating platforms . . . electric igniter wires used to trigger the fireworks shall be secured to minimize the risk that the wires would fall into the water during or after the discharge. As soon as practicable, and no later than 24 hours following a display of fireworks, the decks of each barge or floating platform that contained fireworks shall be raked or swept to collect fireworks debris and prevent it from being deposited into the water. 2022 Fireworks Permit § 5.2.

131. If a discharger's FBMPP fails to meet these minimum requirements, the discharger is in violation of the Fireworks Permit. *See* 2022 Fireworks Permit § 8, Attachment F §§ 4.2.3, 4.7.

132. If the FBMPP fails to meet the Fireworks Permit's minimum BMP requirements, or fails entirely to include an enumerated element, the discharger must still comply with the minimum BMP standards outlined in the Fireworks Permit. *Id*.

### 3. Fireworks Permit Reporting Requirements.

133. The Fireworks Permit requires SeaWorld to complete four types of monitoring reports, a Visual Monitoring Report ("Visual Report"), a Post-Event Report Form ("Event Form"), a Post-Fireworks Display Log ("Log"), and an Annual Report. 2022 Fireworks Permit, Attachment E § 9.

134. The Visual Report details the weather and receiving water conditions at the time of the event. *Id*., Attachment E § 8.1.

135. The Event Form contains information about the display and discharger, such as the name of the organization, the pyrotechnic operator, and the particulars of the display. *Id*. Attachment E, § 9.2. The Event Form requires the discharger to certify to the truthfulness of its contents. *Id*.

136. The Logs contain information about each event, such as the date, start time, and duration of the event, the affected receiving water, and a certification that the

FBMPP was fully implemented. The discharger must submit the Visual Report, the Log, and the Event Form to CIWQS within thirty days following the end of the month of the event as a self-monitoring report, also called the monthly report. 2022 Fireworks Permit, Attachment C-1, C-2, C-3.

137.    The Log must be completed within ten days of an event and is also submitted with the Annual Report. The Annual Report must be uploaded to CIWQS by August 30 of the year and include any permit violations, the Visual Report(s), Event Form(s), Log(s), list of all firework shows, and a certification to the accuracy of the information included. *Id.*

138.    The Fireworks Permit also requires dischargers to conduct water and sediment monitoring. This data is submitted with the Annual Report.

**D.    Waste Discharge Permit.**

139.    The Regional Board adopted the Waste Discharge Permit on June 20, 2018.

140.    The Waste Discharge Permit governs the SeaWorld Facility's discharges of storm water; wastewater from marine mammal and aquarium exhibits; landscape irrigation runoff; and overspray from Facility cleaning to Mission Bay. Waste Discharge Permit § I.

141.    The discharge may contain a variety of pollutants including waste from confined aquatic animals; uneaten feed; aquaculture drugs and chemicals; and chemicals used for cleaning, maintaining landscapes, or enhancing water quality conditions. *Id.*

142.    Pursuant to the Waste Discharge Permit, the SeaWorld Facility "shall maintain compliance" with the effluent limitations therein. Waste Discharge Permit § IV.A.

143.    The Permit contains effluent limitations for bacteria, metals, TSS, and toxicity, among other parameters. *Id.*, Table 4; *see also* Ex. 1, Effluent Exceedances.

144.    The SeaWorld Facility's total coliform discharges cannot exceed median concentration of 70/100 mpn/100mL, and "230 mpn/mL for a five-tube decimal dilution test in more than 10 percent of samples collected." Waste Discharge Permit § V.A.1.a.

145.    For enterococcus, the discharge must not exceed a concentration of 35 mpn/mL. *Id.* § V.A.1.c.

146.    The Waste Discharge Permit requires the SeaWorld Facility to "report all instances of noncompliance" for the effluent limitations on the monthly self-monitoring reports. *Id.*, Attachment E § VIII.A.

147.    The report must detail "a description of the noncompliance and its cause; the period of noncompliance, including exact dates and times, and if the noncompliance has not been corrected, the anticipated time it is expected to continue; and steps taken or planned to reduce, eliminate, and prevent reoccurrence of the noncompliance." *Id.*, Attachment E § VIII.B.7. This information must also be provided in the cover letter submitted with the monthly self-monitoring report. *Id,*

## VI.    CLEAN WATER ACT VIOLATIONS

### A.    SeaWorld's Violations of the Fireworks Permit.

148.    SeaWorld has violated and continues to violate the Fireworks Permit's (1) discharge prohibitions; (2) discharge specifications; and (3) reporting requirements.

#### 1.  Fireworks Permit Discharge Prohibitions Violations.

149.    As described herein, SeaWorld's discharges of fireworks have violated and continue to violate several of the Fireworks Permit's discharge prohibitions by (1) polluting and contaminating the Receiving Waters in such a way that impacts the beneficial uses, (2) causing a nuisance in the Receiving Waters, (3) exceeding the Basin Plan water quality objective for floating materials, and (4) discharging debris more than 20°F above the Receiving Water's temperature.

150.    CERF and Coastkeeper representatives have collected SeaWorld fireworks debris in Mission Bay and along the Fiesta Island shoreline on numerous occasions.

151.    Recovered SeaWorld fireworks debris included foil pieces from the label and wrappings, and multiple nonbiodegradable components, including plastic caps for the shells' fuse caps (located within the shell), cross matches, and igniters, all of which were observed littering the seafloor and shoreline.

152.   On October 6, 2024, CERF members conducted a dive beneath and around the fireworks barge to observe the condition of Mission Bay's seafloor. The entire observed area near the barge was strewn with fireworks debris. *See generally*, Ex. 1, Section 2.

153.   The debris collected during the dive included numerous lengthy, spiky wires, foil, shattered plastic ignitors, and cross matches with sharp ends littering the sensitive seagrass below the barge. *Id*.

154.   SeaWorld's fireworks debris discharged into Mission Bay is frequently contaminated with residues of numerous toxic metals. *See* Section IV.C, *supra*.

155.   Burning material from SeaWorld's fireworks displays also discharges directly into Mission Bay during each and every fireworks show.

156.   As discussed in Section VI.A.2 *infra*, SeaWorld has failed and continues to fail to follow the BMPs outlined in the Fireworks Permit.

157.   SeaWorld's residual fireworks pollutant discharges into the Receiving Waters cause widespread negative impacts to water quality, ecosystem health, food webs, biodiversity, and public health, as enumerated in Section IV.C, *supra*.

158.   In addition to the negative impacts set forth in Section IV.C, SeaWorld's residual fireworks pollutant discharges disrupt human enjoyment of Receiving Waters by exposing the public to unpleasant debris and sharp, dangerous physical hazards.

159.   This pollution also detracts from the natural beauty and tranquility of the area. SeaWorld's release of thousands of pounds of waste disturbs the peace, safety, and comfort of these waters and the surrounding areas.

160.   SeaWorld's residual fireworks pollutant discharges cause nuisance, as they are injurious to health, indecent or offensive to the senses, obstruct the free use and comfortable enjoyment of Receiving Waters. *See* Cal. Water Code § 13050.

161.   SeaWorld's residual fireworks pollutant discharges negatively impact multiple Beneficial Uses of Mission Bay and the Pacific Ocean.

162.   SeaWorld's residual fireworks pollutant discharges result in "pollution" as

they alter the quality of Receiving Waters to a degree which unreasonably affects Beneficial Uses.

163.    SeaWorld's residual fireworks pollutant discharges cause pollution, contamination, and/or nuisance in violation of the Fireworks Permit. 2022 Fireworks Permit § 4.1; 2011 Fireworks Permit § IV.A.

164.    The Basin Plan water quality objective relating to floating material is "waters shall not contain floating material, including solids. . . in concentrations which cause nuisance or adversely affect beneficial uses." Basin Plan at 3-19.

165.    Significant quantities of SeaWorld's fireworks debris floats, and thus constitutes floating material under the Basin Plan.

166.    This floatable fireworks debris is commonly covered in the residue of toxic metals and other pollutants, and routinely ends up on the shores of Mission Bay,

167.    These toxic floatables cause nuisance and adversely affect beneficial uses.

168.    As explained in Section IV.B, *supra*, approximately 15 million people use and enjoy Mission Bay in various capacities each year. This includes walking, beaching, swimming, boating, paddleboarding, fishing, viewing wildlife and scenery, and engaging in scientific studies. SeaWorld's discharges negatively impact these recreational uses because members of the public, including members of CERF and Coastkeeper, are less likely to engage in these activities when chemical-laden fireworks debris is in the water and washed ashore.

169.    SeaWorld's chemical-laden fireworks debris is also deleterious to aquatic flora and fauna, and thus adversely affects Mission Bay's ecological beneficial uses such as Estuarine Habitat; Wildlife Habitat; Preservation of Rare, Threatened or Endangered Species; Marine Habitat; Migration of Aquatic Organisms; Spawning, Reproduction, and/or Early Development.

170.    The Thermal Plan prohibits discharges into Mission Bay that exceed the ambient water temperature by 20°F. SeaWorld's fireworks routinely violate this standard, with dangerously hot debris entering the bay at hundreds of degrees Fahrenheit. This

occurs when (1) malfunctioning fireworks fall into the water before combustion and (2) hot particulates from the lift mechanism are released after ignition. *See* Ex. 1.

171.    Fireworks are solid waste as defined by the Thermal Plan. SeaWorld routinely discharges fireworks into Mission Bay. During SeaWorld's shows, burning material can be seen depositing into Mission Bay. *See* Ex. 1.

172.    SeaWorld routinely fails to secure the wires and ignitors to its launch barge and these materials also discharge into Mission Bay, while burning. *See* Ex. 1. SeaWorld discharges waste that exceeds Mission Bay's ambient water temperature by 20°F in violation of the Thermal Plan and Fireworks Permit Discharge Prohibition 4.2.

173.    Information available to CERF and Coastkeeper, including the SeaWorld Master Plan, suggests SeaWorld discharges fireworks from a location other than the fireworks barge.

174.    On information and belief, SeaWorld's July 4th fireworks shows are launched from Fiesta Island, instead of the barge.

175.    On information and belief, each of SeaWorld's July 4th fireworks events in the last five years have been launched from Fiesta Island, in violation of the CWA and the Fireworks Permit's Discharge Prohibitions.

176.    However, the SeaWorld NOA reflects only one discharge location – the coordinates of the barge.

177.    SeaWorld has not requested an amended NOA for moving a fireworks event to a proposed new location.

178.    Therefore, SeaWorld has violated the Fireworks Permit discharge prohibition and discharged pollutants without a valid NPDES permit each and every time it has launched fireworks from a location other than its barge. *See* 2022 Fireworks Permit §§ 2.3, 4.4, 4.7.

## 2.  Fireworks Permit Discharge Specifications Violations.

179.    SeaWorld has also failed and continues to fail to comply with multiple provisions of its applicable FBMPP since at least January 1, 2020.

180.    Each failure to comply with its own FBMPP is a violation of Section 5.2's BMP requirements. 2022 Fireworks Permit § 8; *see also* Section V.C.2, *supra*.

181.    SeaWorld submitted its most recent application to enroll under the Fireworks Permit in April 2023, which included its current FBMPP ("2023 FBMPP").

182.    The 2023 FBMPP states "none of our devices use plastic shell casings. All our devices are manufactured using paper and cardboard. All identifying marks and labels are made of paper, not aluminum. All . . . devices are 100% biodegradable." 2023 FBMPP, Attachment D, pg. 4.

183.    Contrary to its own 2023 FBMPP, SeaWorld has utilized and continues to utilize fireworks with non-biodegradable, plastic components.

184.    SeaWorld fireworks debris recovered by CERF includes foil pieces from the label and wrappings, and multiple nonbiodegradable components, including plastic caps for the shells' fuse caps, cross matches, and igniters, all of which were observed littering the seafloor and shoreline.

185.    SeaWorld's use of plastic fireworks components and failure to remove foil and plastic labels on its fireworks devices constitute ongoing violations of the 2023 FBMPP Section 3.c. and 2022 Fireworks Permit Section 5.2.1.3.

186.    The 2023 FBMPP requires that "[n]o later than 12 hours following the fireworks event  . . . all plastic, cardboard, aluminum foil, fuses, wires and other debris resulting from the firework event on the barge or floating platform shall be collected and bagged. The deck of the barge or floating platform should then be raked or swept to remove any residual debris to prevent it from entering the water 2023 FBMPP." Attachment D, pg. 8.

187.    On information and belief, based in part on CERF's October 6, 2024 dive observations of an extremely high quantity of fireworks debris beneath the barge, as well as other direct observations, SeaWorld regularly fails to comply with this raking and sweeping requirement in violation of the FBMPP and the Fireworks Permit.

188.    The 2023 FBMPP requires that "[a]s soon as practical, and no later than 12

hours following the fireworks event . . . A motorized boat, with a skimming device and net (maximum 1-1/2 inch mesh size), shall travers[e] the fallout area and collect any floating debris or dud shells which resulted from the fireworks event." 2023 FBMPP, Attachment D, pg. 8. On information and belief, based in part on CERF's October 6, 2024 dive observations of exceptional fireworks debris concentrations beneath the barge, as well as other direct observations, SeaWorld regularly fails to comply with this skimming debris collection requirement in violation of 2023 FBMPP Section 3.a.ii and 2022 Fireworks Permit Section 5.2.1.5.

189.    SeaWorld has self-reported such violations. For example, SeaWorld failed to collect surface debris from Mission Bay by boat within 12 hours of a show. SeaWorld held fireworks events from June 24, 2024 to June 27, 2024, discharging hundreds of pounds of debris into Mission Bay. However, SeaWorld did not attempt to recover any of this toxic trash until June 28, 2024. June 2024 Cover Letter for SeaWorld's Monthly Report.

190.    The 2023 FBMPP requires SeaWorld to "[d]ive the water surrounding the fireworks launching barge at a radius of 50 feet, once a year to collect debris that has settled in Mission Bay. If needed the dive will continue for consecutive days to search the required area. When the entire area has been searched, the collected debris will be weighted and disposed of properly." 2023 FBMPP § 3.a.v.

191.    The sheer amount of submerged fireworks waste indicates SeaWorld has failed and continues to fail to send a dive team to collect settled debris.

192.    SeaWorld has violated and continues to violate 2023 FBMPP Section 3.a.v.

193.    The 2023 FBMPP requires SeaWorld to walk the fallout areas on Fiesta Island "[f]or five (5) days following the fireworks display . . . once a day; times are dependent on tidal conditions. All walks shall be during daylight hours and times of lower tide." 2023 FBMPP § 3.b.

194.    SeaWorld regularly fails to conduct these cleanup walks, and to remove fireworks debris from the Fiesta Island shoreline.

195.    For example, SeaWorld conducted fireworks shows over the 2024 Labor Day weekend. A CERF member walked the Fiesta Island shoreline between 4 PM and 5:30 PM on September 3, 2024 gathering fireworks debris. SeaWorld claims it sent its employee(s) between 2 PM and 6 PM to remove shoreline debris. September 2024 Cover Letter for SeaWorld's Monthly Report, Table 1. Contrary to SeaWorld's report, the CERF member observed no one else collecting debris along the shoreline. This observation casts doubt on the accuracy of SeaWorld's reported collection efforts since at least January 1, 2020.

196.    SeaWorld has violated and continues to violate 2023 FBMPP Section 3.b.i, 2011 FBMPP Section 2.2.2, and 2022 Fireworks Permit Section 5.2.1.5.

197.    Previously, SeaWorld operated under its FBMPP submitted in 2011 ("2011 FBMPP").

198.    The Fireworks Permit also requires that electric ignitor wires "shall be secured to minimize the risk that the wires would fall into the water during or after the discharge." 2022 Fireworks Permit § 5.2.1.6; 2011 Fireworks Permit § V.4.

199.    However, during CERF's October 6, 2024 dive, the seafloor of the entire observed area near the barge was strewn with copious fireworks debris, including fistfuls of wires. The sheer amount of submerged fireworks waste is evidence that SeaWorld has failed and continues to fail to secure wires and other components to the barge specifically intended to prevent this type of discharge in violation of the Fireworks Permit.

200.    The 2011 FBMPP also contained the 2023 FBMPP requirements listed above, except it did not mandate (1) plastic-free fireworks, (2) a minimum of five days of shoreline debris removal, and (3) a dive team to remove debris around the barge. *See generally* 2011 FBMPP. The 2011 Fireworks Permit also did not impose these actions. 2011 Fireworks Permit § V.

201.    Contrary to its 2011 FBMPP, SeaWorld failed to ensure adequate debris removal from Mission Bay and to properly secure the fireworks wires, ignitors, and other materials to the barge to prevent discharges.

202.   SeaWorld has failed to and continues to fail implement an adequate FBMPP since at least January 1, 2020 in violation of Section 5.2 of the Fireworks Permit.

203.   SeaWorld has failed to and continues to fail to prepare an adequate FBMPP since at least May 2, 2023 in violation of Section 5.2 of the Fireworks Permit.

204.   For example, the Fireworks Permit requires SeaWorld to "identify the personnel to be trained, their responsibilities, and the type of training they are to receive." 2022 Fireworks Permit § 5.2.1.12.

205.   SeaWorld's FBMPP lists an entertainment department, environmental department, a dive team, a fireworks debris cleanup crew, and contracted fireworks operators.

206.   However, the FBMPP fails to identify any specific individuals responsible for the implementation of the BMPs set forth therein.

207.   The FBMPP also fails to identify any training the itemized teams and/or individuals receive, in violation of the Fireworks Permit.

208.   Given the numerous violations of the Fireworks Permit described throughout this Complaint, SeaWorld has also failed and continues to fail to adequately conduct the required "visual observations to assess the effectiveness of the BMPs and update the FBMPP accordingly" in violation of Section 5.2.1.13 of the 2022 Fireworks Permit.

### 3.  Fireworks Permit Reporting Requirements Violations.

209.   SeaWorld has failed and continues to fail to upload its reports according to the Fireworks Permit requirements.

210.   SeaWorld's reporting history reveals frequent disregard for deadlines and reporting. For example, SeaWorld failed to upload the Log for its August 2, 2024 show in its monthly report.

211.   Similarly, SeaWorld completed its Logs for the July 1, 2024 to July 4, 2024 shows on July 15, 2024, after the expiration of the ten-day deadline.

212.   SeaWorld has completed these forms haphazardly, omitting pertinent or accurate information, or uploading reports to the incorrect location.

213.    SeaWorld's Event Forms routinely omit the manufacturer of defective fireworks. For example, the June 8, 2024 Event Form admits that there was a defective shell that resulted in one 3-inch chain break. The Event Form fails to list the manufacturer of the defective shell. These careless errors and omissions cast doubt on the accuracy of the information contained within the different types of monitoring reports.

214.    On its July 4, 2024 Event Form, SeaWorld failed to accurately report the particulars of its display, including the number, size, and type of fireworks used.

215.    These missed deadlines and report omissions violate the Fireworks Permit, and deprive the public of valuable information about Mission Bay. 2022 Fireworks Permit, Attachment C-1, C-2, C-3 (see submission instructions); 2022 Fireworks Permit

216.    SeaWorld routinely uploads reports to CIWQS attesting to compliance with the Fireworks Permit, the FBMPP, and to the accuracy of report contents. However, SeaWorld has failed and continues to fail to comply with Fireworks Permit, and the FBMPP, as detailed extensively throughout this Complaint. 2022 Fireworks Permit §§ 9.1, 9.3; *see* 2011 Fireworks Permit, Attachment C.

217.    SeaWorld knew or should have known that it failed to comply with numerous procedural and substantive provisions of the Fireworks Permit, and thus the certifications of these reports are erroneous, and an ongoing violation of the Fireworks Permit. 2022 Fireworks Permit §§ 9.1, 9.3; *see* 2011 Fireworks Permit, Attachment C.

**B.    SeaWorld's Waste Discharge Permit Violations.**

218.    SeaWorld has violated and continues to violate its Waste Discharge Permit effluent limitations and reporting requirements.

219.    SeaWorld has routinely exceeded its effluent limitations since January 1, 2020 for the pollutants total coliform, TSS, copper, and enterococci. *See* Ex. 1, Effluent Exceedances.

220.    As a result, SeaWorld has been out of compliance with its Waste Discharge Permit for at least 500 days since January 1, 2020. *Id.*

221.    SeaWorld has also failed to document over 15 effluent violations in the

specified violations tab on CIWQS as mandated by the Waste Discharge Permit. *See* Ex.1.

222.   Because SeaWorld failed to identify these violations, it also failed to report the requisite information in its monthly report or cover letter. These omissions mislead the public by underrepresenting SeaWorld's violations.

223.   Defendants have failed and continue to fail to operate the SeaWorld Facility in accordance with the Fireworks Permit and Waste Discharge Permit requirements.

224.   Defendants have failed and continue to fail to ensure that the treatment tanks filter pollutants to the requisite levels required by the Waste Discharge Permit.

## VI.   **CLAIMS FOR RELIEF**

### **FIRST CAUSE OF ACTION**

**Discharges of Fireworks Waste in Violation of the Fireworks Permit's Discharge Prohibitions and the Clean Water Act.**
**33 U.S.C. §§ 1311(a), 1342, 1365(a), and 1365(f)**

225.   Plaintiffs incorporate the allegations contained in the above paragraphs as though fully set forth herein.

226.   Defendant SeaWorld Parks & Entertainment, Inc. owns and operates the SeaWorld Fireworks Event Location and is responsible for ensuring compliance with Fireworks Permit Discharge Prohibitions.

227.   Defendant Sea World LLC owns and operates the SeaWorld Fireworks Event Location and is responsible for ensuring compliance with Fireworks Permit Discharge Prohibitions.

228.   Defendants have discharged and continue to discharge debris, pollutants, and thermal waste in concentrations that cause pollution, contamination, or nuisance in and around Receiving Waters in violation of Discharge Prohibitions 4.1 of the 2022 Fireworks Permit, and IV.A of the 2011 Fireworks Permit.

229.   On information and belief, SeaWorld has launched fireworks outside the designated coordinates on its NOA in violation of Fireworks Permit. *See* 2022 Fireworks Permit §§ 2.3, 4.4, 4.7; 2011 Fireworks Permit §§ II.D, IV.D. Each instance where

1  SeaWorld launches fireworks outside the barge is a separate and distinct violation of the
2  CWA and Fireworks Permit.

3      230.   The San Diego Basin Plan states: "[t]he discharge of waste to inland surface
4  waters, except in cases where the quality of the discharge complies with applicable
5  receiving water quality objectives, is prohibited." Basin Plan, p. 4-30.

6      231.   The Regional Board has not made an allowance for dilution of SeaWorld's
7  discharge of fireworks.

8      232.   "Where consideration of a dilution allowance or mixing zone is not
9  permitted by the water quality standards or is not appropriate, the relevant water quality
10 criterion must be attained at the point of discharge." U.S. EPA's NPDES Permit Writer
11 Manual § 6.2.3.

12     233.   Accordingly, where the "quality of the discharge" does not meet water
13 quality objectives, the discharge, absent an express "allowance for dilution" by the San
14 Diego Regional Board, is prohibited.

15     234.   Chapter 3 of the Basin Plan confirms the CTR is a "water quality criteria"
16 that applies to California inland surface waters, enclosed bays, and estuaries. Basin Plan
17 at 3-34, 3-35.

18     235.   The CTR sets forth continuous and maximum levels for numerous toxic
19 pollutants, in both freshwater and saltwater environments. *See* 40 C.F.R. § 131.38.

20     236.   In adopting the CTR, the EPA expressly directed that "[a]ll waters
21 (including lakes, estuaries and marine waters) . . . are subject to the Criteria promulgated
22 today. **Such criteria will need to be attained at the end of the discharge pipe, unless**
23 **the State authorizes a mixing zone."** (Emphasis added) (65 FR 31682-01).

24     237.   The EPA further directed that "[t]hese Federal Criteria are legally applicable
25 in California . . . for all purposes and programs under the Clean Water Act." *Id.*

26     238.   Defendants have discharged and continue to discharge numerous pollutants
27 in excess of water quality objectives listed in the Basin Plan in violation of the Fireworks
28 Permit. Each of these Basin Plan violations constitutes a violation of the Fireworks

Permit. 2022 Fireworks Permit §§ 4.2, 4.6; 2011 Fireworks Permit §§ IV.B, IV.E. .

239.    Defendants have discharged and continue to discharge thermal waste in violation of Section 4 of the Fireworks Permit. 2022 Fireworks Permit § 4.2; 2011 Fireworks Permit § IV.B.

240.    Defendants have been in violation of the Fireworks Permit Discharge Prohibitions every day from at least January 1, 2020 to the present. Defendants' violations of the Fireworks Permit Discharge Prohibitions are ongoing and continuous.

241.    Each and every violation of the Fireworks Permit Discharge Prohibitions is a separate and distinct violation of Section 301(a) of the CWA, 33 U.S.C. § 1311(a). By committing the acts and omissions alleged above, Defendants are subject to an assessment of civil penalties for each and every violation of the CWA occurring from January 1, 2020 to the present pursuant to Sections 309(d) and 505 of the CWA, 33 U.S.C. §§ 1319(d), 1365, and 40 C.F.R. § 19.4.

242.    This action for injunctive relief is authorized by the Clean Water Act, 33 U.S.C. § l365(a). Continuing commission of the acts and omissions alleged above will irreparably harm Plaintiffs, for which harm they have no plain, speedy, or adequate remedy at law.

243.    Wherefore, Plaintiffs pray for relief as set forth below.

## SECOND CAUSE OF ACTION
**Discharges of Fireworks Waste in Violation of the Fireworks Permit Discharge Specifications and the Clean Water Act.**
**33 U.S.C. §§ 1311(a), 1342, 1365(a), and 1365(f)**

244.    Plaintiffs incorporate the allegations contained in the above paragraphs as though fully set forth herein.

245.    Defendant SeaWorld Parks & Entertainment, Inc. owns and operates the SeaWorld Fireworks Event Location and is responsible for ensuring compliance with Fireworks Permit Discharge Specifications.

246.    Defendant Sea World LLC owns and operates the SeaWorld Fireworks Event Location and is responsible for ensuring compliance with Fireworks Permit

Discharge Specifications.

247.    Defendants have failed and continue to fail to develop an FBMPP that complies with the Fireworks Permit. Defendants' failure to adequately develop and implement an FBMPP violates the Fireworks Permit and the Clean Water Act. 2022 Fireworks Permit § 5; 2011 Fireworks Permit § V; *see also* 33 U.S.C. § 1311(b

248.    Defendants have failed and continue to fail to remove foil and plastic labels in violation of 2022 Permit Section 5.2.1.2. Each instance SeaWorld launched fireworks after May 2, 2023, without removing foil and plastic labels, is a separate and distinct violation of the Fireworks Permit and CWA.

249.    Defendants have failed and continue to fail to adequately sweep and rake after each show in violation of 2022 Fireworks Permit Sections 5.2.1.5 and 5.2.1.6 and 2011 Fireworks Permit Section V.B.4. Each instance SeaWorld launched fireworks since at least January 1, 2020, without adequately cleaning the barge after the show, is a separate and distinct violation of the Fireworks Permit and CWA.

250.    Defendants have failed and continue to fail to skim the surface water for fireworks debris by boat within 12 hours after a show in violation of the 2023 FBMPP Section 3.a.ii and 2022 Fireworks Permit Section 5.2.1.5. Each instance SeaWorld launched fireworks after May 2, 2023, without skimming the surface water for debris, is a separate and distinct violation of the Fireworks Permit and CWA.

251.    Defendants have failed and continue to fail to walk the shoreline and remove debris in violation of the 2023 FBMPP Section 3.b.i, 2011 FBMPP Section 2.2.2, and 2022 Fireworks Permit Section 5.2.1.5. Each instance SeaWorld launched fireworks since at least January 1, 2020, without removing fireworks debris from the Receiving Water shorelines, is a separate and distinct violation of the Fireworks Permit and CWA.

252.    Defendants have failed and continue to fail to send an annual dive team and remove debris under the barge in violation of 2023 FBMPP § 3.a.v. Each instance SeaWorld launched fireworks after May 2, 2023, without sending an annual dive team to remove debris, is a separate and distinct violation of the Fireworks Permit and CWA.

253.    Defendants have failed and continue to fail to use plastic-free fireworks in violation of 2023 FBMPP Section 3.c. and 2022 Fireworks Permit Section 5.2.1.3. Each instance SeaWorld launched fireworks after May 2, 2023, that contained plastic, is a separate and distinct violation of the CWA.

254.    Defendants have failed and continue to fail secure wires and other fireworks components to the barge in violation of 2023 FBMPP Section 3.c., 2022 Fireworks Permit Section 5.2.1.6, and 2011 Fireworks Permit Section V.B.4. Each instance SeaWorld launched fireworks since at least January 1, 2020, without adequately securing wires and other launch components to the barge, is a separate and distinct violation of the Fireworks Permit and CWA.

255.    Defendants have failed and continue to fail to adequately identify its trained personnel in the FBMPP in violation of the 2022 Fireworks Permit Section 5.2.1.12. Each instance SeaWorld launched fireworks after May 2, 2023, without an adequate FBMPP, is a separate and distinct violation of the CWA.

256.    Defendants have failed and continue to fail to conduct adequate visual confirmations of the efficacy of the FBMPP in violation of the 2022 Fireworks Permit Section 5.2.1.12. Each instance SeaWorld launched fireworks after May 2, 2023, without adequate visual inspections, is a separate and distinct violation of the CWA.

257.    Each day that Defendants have discharged and/or continue to discharge fireworks debris without an adequately developed and/or implemented FBMPP is a violation of the Fireworks Permit Discharge Specifications and is a separate and distinct violation of Section 301(a) of the CWA, 33 U.S.C. § 1311(a).

258.    By committing the acts and omissions alleged above, Defendants are subject to an assessment of civil penalties for each and every violation of the CWA occurring from January 1, 2020 to the present pursuant to Sections 309(d) and 505 of the CWA, 33 U.S.C. §§ 1319(d), 1365, and 40 C.F.R. § 19.4.

259.    This action for injunctive relief is authorized by the Clean Water Act, 33 U.S.C. § l365(a). Continuing commission of the acts and omissions alleged above will

irreparably harm Plaintiffs, for which harm they have no plain, speedy, or adequate remedy at law.

260.    Wherefore, Plaintiffs pray for relief as set forth below.

### THIRD CAUSE OF ACTION
**Failure to follow Fireworks Permit Reporting Requirements in Violation of the Fireworks Permit and the Clean Water Act.**
**33 U.S.C. §§ 1311(a), 1342, 1365(a), and 1365(f)**

261.    Plaintiffs incorporate the allegations contained in the above paragraphs as though fully set forth herein.

262.    Defendant SeaWorld Parks & Entertainment, Inc. owns and operates the SeaWorld Fireworks Event Location and is responsible for ensuring compliance with Fireworks Permit reporting requirements.

263.    Defendant Sea World LLC owns and operates the SeaWorld Fireworks Event Location and is responsible for ensuring compliance with the Fireworks Permit.

264.    SeaWorld routinely uploads reports to CIWQS attesting to compliance with the Fireworks Permit, the FBMPP, and to the accuracy of report contents. However, SeaWorld has failed and continues to fail to comply with Fireworks Permit, and the FBMPP, as detailed extensively throughout this Complaint. 2022 Fireworks Permit §§ 9.1, 9.3; *see* 2011 Fireworks Permit, Attachment C.

265.    SeaWorld knew or should have known that it failed to comply with numerous procedural and substantive provisions of the Fireworks Permit, and thus the certifications of these reports are erroneous, and an ongoing violation of the Fireworks Permit. 2022 Fireworks Permit §§ 9.1, 9.3; *see* 2011 Fireworks Permit, Attachment C.

266.    Defendants have failed and continue to fail to upload reports according to the Fireworks Permit reporting requirements.

267.    Defendants have failed and continue to fail to timely upload Logs within 10 days of a fireworks discharge in violation of 2022 Fireworks Permit, Attachment E, Section 9.1 and 2022 Fireworks Permit, Attachment E, Section III.A.

268.    Defendants have failed and continue to fail to adequately complete Event

Forms in violation of 2022 Fireworks Permit, Attachment E, Section 9.2 and 2022 Fireworks Permit, Attachment E, Section III.B.

269.    Defendants have failed and continue to fail to submit accurate and/or complete Annual Reports for the Facility in violation of 2022 Fireworks Permit Section 9.3.

270.    Defendants have falsified and continued to falsify reports for the Facility in violation of 2022 Fireworks Permit Sections 9.1 and 9.3 and 2011 Fireworks Permit, Attachment C.

271.    Defendants' violations of the reporting requirements of the Fireworks Permit and the CWA are ongoing and continuous.

272.    Defendants will continue to be in violation of the Fireworks Permit and the CWA each and every day it fails to comply with the Fireworks Permit reporting requirements.

273.    Defendants have been in violation of the Fireworks Permit requirements every day from at least January 1, 2020, to the present.

274.    Each time Defendants launch fireworks without completing Logs and Event Forms as required is a separate and distinct violation of Section 301(a) of the CWA 33 U.S.C. §1311(a). By committing the acts and omissions alleged above, Defendants are subject to civil penalties for each and every violation of the CWA occurring since January 1, 2020. 33 U.S.C. §§ 1319(d), 1365, and 40 C.F.R. § 19.4.

275.    This action for injunctive relief is authorized by the Clean Water Act, 33 U.S.C. § l365(a). Continuing commission of the acts and omissions alleged above will irreparably harm Plaintiffs, for which harm they have no plain, speedy, or adequate remedy at law.

276.    Wherefore, Plaintiffs pray for relief as set forth below.

/././

/././

/././

## FOURTH CAUSE OF ACTION

**Discharges of Waste in Violation of the Waste Discharge Permit's Effluent Limitations and the Clean Water Act.**
**33 U.S.C. §§ 1311(a), 1342, 1365(a), and 1365(f)**

277.   Plaintiffs incorporate the allegations contained in the above paragraphs as though fully set forth herein.

278.   Defendant SeaWorld Parks & Entertainment, Inc. owns and operates the SeaWorld Facility and is responsible for ensuring compliance with the Waste Discharge Permit effluent limitations.

279.   Defendant Sea World LLC owns and operates the SeaWorld Facility and is responsible for ensuring compliance with the Waste Discharge Permit effluent limitations.

280.   Defendants have discharged and continue to discharge pollutants in violation of the Waste Discharge Permit's effluent limitations. Defendants have violated the Permit's effluent limitations in at least 34 instances between January 1, 2020 and the present.

281.   The discharge of pollutants in excess of the SeaWorld Facility's effluent limitations is a violation of the Clean Water Act, 33 U.S.C. Sections 1311(a) and 1342.

282.   Defendants' violations of the Waste Discharge Permit and the CWA are ongoing and continuous. Defendants will continue to be in violation of the Waste Discharge Permit and CWA each day they fail to comply with the Waste Discharge Permit's Effluent Limitations.

283.   Each of these effluent limitation exceedances is a separate and distinct violation of Section 301(a) of the CWA, 33 U.S.C. § 1311(a).

284.   Many of these exceedances result in weeks or months of continuous violations as noted in Exhibit 1. Plaintiffs are informed, believe, and thereon allege that SeaWorld has been in violation for at least 500 days within the last five years.

285.   By committing the acts and omissions alleged above, Defendants are subject to an assessment of civil penalties for each and every violation of the CWA occurring

from January 1, 2020 to the present pursuant to Sections 309(d) and 505 of the CWA, 33 U.S.C. §§ 1319(d), 1365, and 40 C.F.R. § 19.4.

286.   This action for injunctive relief is authorized by the Clean Water Act, 33 U.S.C. § l365(a). Continuing commission of the acts and omissions alleged above will irreparably harm Plaintiffs, for which harm they have no plain, speedy, or adequate remedy at law.

287.   Wherefore, Plaintiffs pray for relief as set forth below.

### FIFTH CAUSE OF ACTION
**Failure to Submit Self-monitoring Reports in Accordance with Waste Discharge Permit Requirements**
**33 U.S.C. §§ 1311(a), 1342, 1365(a), and 1365(f)**

288.   Plaintiffs incorporate the allegations contained in the above paragraphs as though fully set forth herein.

289.   Defendant SeaWorld Parks & Entertainment, Inc. owns and operates the SeaWorld Facility and is responsible for ensuring compliance with the Waste Discharge Permit reporting requirements.

290.   Defendant Sea World LLC owns and operates the SeaWorld Facility and is responsible for ensuring compliance with the Waste Discharge Permit reporting requirements.

291.   Defendants have failed to upload all self-monitoring reports to CIWQS as required by the Waste Discharge Permit in violation of Attachment E, Section VIII.B.

292.   Defendants failed to attach cover letters with the required information and to add all effluent violations to the CIWQS violations tab in violation of Waste Discharge Permit Attachment E, Section VIII.B.7.

293.   Plaintiffs are informed, believe, and thereon allege that Defendants' monitoring and reporting violations, as alleged herein, are ongoing.

294.   Defendants will continue to be in violation of the Waste Discharge Permit and the CWA each and every day they fail to monitor and report in the manner prescribed by the Waste Discharge Permit.

295.   Failure to comply with a CWA permit condition is a violation of the Clean Water Act, 33 U.S.C. Sections 1311(a) and 1342.

296.   Each day that Defendants operate the SeaWorld Facility in violation of the Waste Discharge Permit reporting requirements is a separate and distinct violation of Section 301(a) of the CWA, 33 U.S.C. § 1311(a).

297.   By committing the acts and omissions alleged above, Defendants are subject to an assessment of civil penalties for each and every violation of the CWA occurring since January 1, 2020. 33 U.S.C. §§ 1319(d), 1365, and 40 C.F.R. § 19.4.

298.   This action for injunctive relief is authorized by the Clean Water Act, 33 U.S.C. § l365(a). Continuing commission of the acts and omissions alleged above will irreparably harm Plaintiffs, for which harm they have no plain, speedy, or adequate remedy at law.

299.   Wherefore, Plaintiffs pray for relief as set forth below.

## VII.   **RELIEF REQUESTED**

Plaintiffs respectfully request that this Court grant the following relief:

a.   A court order declaring Defendants have violated and are in violation of Sections 301(a) and (b) of the Clean Water Act, 33 U.S.C. §§ 1311(a) and (b), for discharging pollutants from the SeaWorld Facility and its fireworks barge in violation of permits issued pursuant to Section 402(p) of the CWA, 33 U.S.C. § 1342(p), and for failing to comply with the other substantive and procedural requirements of the Waste Discharge Permit and Fireworks Permit as set forth within this Complaint;

b.   A court order enjoining Defendants from discharging pollutants from the SeaWorld Facility and fireworks barge in violation of the Clean Water Act and the Waste Discharge Permit and Fireworks Permit;

c.   A court order requiring Defendants to implement affirmative injunctive measures designed to eliminate Defendants' violations of the substantive and procedural requirements of the Waste Discharge Permit, Fireworks Permit, and the Clean Water Act as authorized by U.S.C. section 1365(a);

d.  A court order assessing civil monetary penalties against Defendants;

e.  A court order awarding Plaintiffs their reasonable costs of suit, including attorney, witness, expert, and consultant fees, as permitted by Section 505(d) of the Clean Water Act, 33 U.S.C. § 1365(d); and

f.  Any other relief the Court deems appropriate.

Dated: March 6, 2025

Respectfully submitted,

COAST LAW GROUP LLP
By: s/Livia B. Beaudin
LIVIA B. BEAUDIN
Attorney for Plaintiff
COASTAL ENVIRONMENTAL
RIGHTS FOUNDATION
E-mail: livia@coastlawgroup.com

SAN DIEGO COASTKEEPER
By: s/Patrick McDonough
PATRICK MCDONOUGH
Attorney for Plaintiffs
SAN DIEGO COASTKEEPER
E-mail: patrick@sdcoastkeeper.org